GBK/da

FILED IN OPEN COURT

JUL 30 1998

DEBORAH S. HUNT
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | * | |
| --- | --- | --- |
| | * | CRIMINAL NO. 98-00119-RV |
| v. | * | USAO NO. 98R00046 |
| | * | |
| DARREN SALLIE, | * | VIOLATIONS: |
| ARNOLD LEON SMITH, | * | 18 USC 2113(a)&(d) |
| RONALD LEON SMITH, and | * | 18 USC 924(c) |
| LORENZO C. WALKER | * | |

INDICTMENT

Certified to be a true and correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By Claire Roberts
Deputy Clerk
Date 4-14-06

The Grand Jury Charges:

COUNT ONE

On or about January 8, 1998, in the Southern District of Alabama, Northern Division, the defendants,

DARREN SALLIE,
ARNOLD LEON SMITH,
RONALD LEON SMITH, and
LORENZO C. WALKER

by force and violence and by intimidation, did take from the person and presence of bank employee, Evelyn G. Miles, approximately $23,650.00 in money belonging to and in the care, custody, control, management, and possession of the SouthTrust Bank, located at Highway 22, Orrville, Alabama, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing the offense, the defendants did assault

and put in jeopardy the life of Evelyn G. Miles by the use of a dangerous weapon, that is, a firearm.

In violation of Title 18, United States Code, Sections 2113(a) and (d).

## COUNT TWO

On or about January 8, 1998, in the Southern District of Alabama, Northern Division,

**DARREN SALLIE,
ARNOLD LEON SMITH,
RONALD LEON SMITH, and
LORENZO WALKER**

knowingly used and carried a firearm, that is a pistol, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, to-wit: armed bank robbery, in violation of Title 18, United States Code, Sections 2113(a) and (d).

In violation of Title 18, United States Code, Sections 924(c) and 2.

A TRUE BILL

_____
FOREMAN, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

J. DON FOSTER
UNITED STATES ATTORNEY
by:

_____
Gregory A. Bordenkircher
Assistant United States Attorney

*[signature]*
Michel Nicrosi
Assistant U.S. Attorney
Chief, Criminal Division                    July 1998