# U.S. District Court
## Southern District of Alabama - District Version 2.5 (Selma)
## CRIMINAL DOCKET FOR CASE #: 2:98-cr-00119-CB-1
### Internal Use Only

Case title: USA v. Sallie, et al

Date Filed: 07/30/1998

Assigned to: Senior Judge Charles R. Butler, Jr

**Defendant**

**Darren Sallie** (1)
*TERMINATED: 01/20/1999*

represented by **Daniel H. Wannamaker**
Federal Defender's Office
Southern District of Alabama
2 S. Water St., 2nd Floor
Mobile, AL 36602
(334) 433-0910
Fax: 2514330686
*TERMINATED: 01/20/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Darren Sallie**
3625 FCI Road
P. O. Box 7007
Marianna, FL 32447-7007
*TERMINATED: 01/20/1999*
*ATTORNEY TO BE NOTICED*

[Stamp: Certified to be a true and correct copy of the original. Charles R. Diard, Jr. U.S. District Court Southern District of Alabama By Claire Roberts Deputy Clerk Date 4.14.06]

**Pending Counts**

18:2113A.F BANK ROBBERY BY FORCE OR VIOLENCE
(1)

**Disposition**

IMPRISONMENT 87 MONTHS; Recomm: dft. be considered for residential, comprehensive substance abuse treat; dft. is REMANDED to USM; SRT 5 YRS; Spec.Cond: dft. to partic. in a prg. of test. & treat. for drug &/or alcohol as direct. by Prb; dft. prohibit ed from incurring any new lines of credit as set out; SA $100 due immed; RESTITUTION $11,231.00 TOTAL to SouthTrust Bank due immed. & in installments as set out and paid JOINT & SEV. w/codfts. Arnold Smith, Ronald Smith & Lorenzo Walker; STATE. OF REASONS as set

out

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN - USE OF A FIREARM IN A VIOLENT CRIME (2) | DISMISSED ON GOV'T MOTION |

**Highest Offense Level (Terminated)**
Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| United States of America | represented by | Gregory A. Bordenkircher<br>U.S. Attorney's Office<br>63 S. Royal St., Rm. 600<br>Mobile, AL 36602<br>(334) 441-5845<br>Fax: 2514415277<br>Email: greg.bordenkircher@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 07/30/1998 | 1 | INDICTMENT as to Darren Sallie (1) count(s) 1, 2, Arnold Leon Smith (2) count(s) 1, 2, Ronald Leon Smith (3) count(s) 1, 2, Lorenzo C. Walker (4) count(s) 1, 2 - ARMED BANK ROBBERY; POSSESSION OF A FIREARM IN A VIOLENT CRIME (Government Attorney Gregory A. Bordenkircher) (cwr) (Entered: 08/03/1998) |
| 07/31/1998 | 2 | PRAECIPE for Warrant by USA as to Darren Sallie (cwr) Modified on 08/03/1998 (Entered: 08/03/1998) |
| 07/31/1998 | 5 | Arrest WARRANT issued as to Darren Sallie () and given to USM for service (cwr) (Entered: 08/03/1998) |
| 08/03/1998 | | ARREST of Darren Sallie, Ronald Leon Smith (eec) (Entered: 08/05/1998) |

| | | |
|---|---|---|
| 08/03/1998 | 8 | ORDER ON Initial appearance as to Darren Sallie, Ronald Leon Smith (Defendant informed of rights.) Arraignment set for 3:00 8/6/98 for Darren Sallie, for Ronald Leon Smith ; Detention Hearing set for 3:00 8/6/98 for Darren Sallie, for Ronald Leon Smith ( Signed by Mag. Judge William E. Cassady ) Copies given to AUSA, USM, Prob., P/T, Deft's counsel 8-3-98 (eec) (Entered: 08/05/1998) |
| 08/03/1998 | 9 | CJA 23 FINANCIAL AFFIDAVIT by Darren Sallie (eec) (Entered: 08/05/1998) |
| 08/03/1998 | | MOTION in open court by USA as to Darren Sallie for Detention hearing (eec) (Entered: 08/05/1998) |
| 08/03/1998 | 12 | ORDER OF TEMPORARY DETENTION as to Darren Sallie, Ronald Leon Smith Detention Hearing set for 3:00 8/6/98 for Darren Sallie, for Ronald Leon Smith ( Signed by Mag. Judge William E. Cassady ) Copies given to AUSA, USM, Prob., P/T, Deft's counsel (eec) (Entered: 08/05/1998) |
| 08/04/1998 | 14 | ORDER as to Darren Sallie : Appointment of Public Defender Daniel H. Wannamaker. ( Signed by Mag. Judge William E. Cassady ) (eec) (Entered: 08/05/1998) |
| 08/06/1998 | | Detention hearing as to Ronald Leon Smith, Arnold Leon Smith held. Detention hearing waived as to Darren Sallie Tape/Scanner: 1692 (141) (eec) (Entered: 08/07/1998) |
| 08/06/1998 | 21 | ORDER ON ARRAIGNMENT as to Darren Sallie setting Jury Trial for 8:45 10/5/98 for Darren Sallie ; Pretrial Motions due on 8/17/98 for Darren Sallie ; POC with Probation Officer Marc Seibert on 2:30 8/26/98 for Darren Sallie ; Pretrial Conference for 10:00 9/14/98 for Darren Sallie ; ( Signed by Mag. Judge William E. Cassady ) Copies given to AUSA, USM, Prob., P/T, Deft's counsel, Deft (eec) (Entered: 08/10/1998) |
| 08/07/1998 | 16 | PETITION by USA for Writ of Habeas Corpus ad Prosequendum as to Darren Sallie (cwr) (Entered: 08/07/1998) |
| 08/07/1998 | 17 | WRIT of Habeas Corpus ad Prosequendum issued as to Darren Sallie . Arraignment set for 3:00 8/6/98 for Darren Sallie before Mag. Judge William E. Cassady ( signed by Mag. Judge William E. Cassady ) (cwr) (Entered: 08/07/1998) |
| 08/07/1998 | 24 | ORDER OF DETENTION as to Darren Sallie ( Signed by Mag. Judge William E. Cassady ) Copies given to AUSA, USM, Prob., P/T, Deft's counsel, Deft (eec) (Entered: 08/10/1998) |
| 08/18/1998 | 29 | USM return filed showing Arrest Warrant Returned Executed as to Darren Sallie on 8/3/98 (cwr) (Entered: 08/18/1998) |
| 09/17/1998 | 44 | ORDER on Pre-trial conference held 9/14/98 as to Darren Sallie, set Change of Plea Hearing for 8:30 9/21/98 for Darren Sallie before Judge Richard W. Vollmer Jr. ( Signed by Mag. Judge William E. Cassady 9/14/98 ) copies to counsel, dft, USP, PTS, USM (srr) (Entered: |

| | | |
|---|---|---|
| | | 09/18/1998) |
| 09/24/1998 | | Change of Plea Hearing as to Darren Sallie held before Chief Judge Charles Butler Jr. Court Reporter: Eddie Howard (adk) (Entered: 10/02/1998) |
| 09/24/1998 | 47 | Plea Agreement as to Darren Sallie (adk) (Entered: 10/02/1998) |
| 09/24/1998 | 48 | ORDER ON GUILTY PLEA as to Darren Sallie Guilty: Darren Sallie (1) count(s) 1 sentence set on 8:30 1/4/99 for Darren Sallie before Chief Judge Charles Butler Jr. ( Signed by Chief Judge Charles Butler Jr. ) (adk) Modified on 01/22/1999 (Entered: 10/02/1998) |
| 10/02/1998 | | Defendant Darren Sallie reassigned to Chief Judge Charles Butler Jr. (adk) (Entered: 10/02/1998) |
| 12/17/1998 | 62 | POSITION of USA regarding sentencing factors as to Darren Sallie (jal) (Entered: 12/18/1998) |
| 01/04/1999 | | Sentencing Hearing as to Darren Sallie held Court Reporter: Eddie Howard (adk) (Entered: 01/05/1999) |
| 01/04/1999 | | Sentencing Hearing as to Darren Sallie held Court Reporter: Eddie Howard (adk) (Entered: 01/15/1999) |
| 01/20/1999 | 67 | JUDGMENT ( Sentence Imposed: 1/4/99) Darren Sallie for count 1: IMPRISONMENT 87 MONTHS; Recomm: dft. be considered for residential, comprehensive substance abuse treat; dft. is REMANDED to USM; SRT 5 YRS; Spec.Cond: dft. to partic. in a prg. of test. & treat. for drug &/or as direct. by Prb; dft. prohibited from incurring any new lines of credit as set out; SA $100 due immed; RESTITUTION $11,231.00 TOTAL to SouthTrust Bank due immed. & in installments as set out and paid JOINT & SEV. w/codfts. Arnold Smith, Ronald Smith & Lorenzo Walker; STATE. OF REASONS as set out / Darren Sallie for count 2: DISMISSED ON GOV'T MOTION ( Signed by Chief Judge Charles Butler Jr. ) JEOD: 1/21/99 M/E # 7309-I; Copies to counsel,prb,p/t,USM (4),finance (mpp) (Entered: 01/21/1999) |
| 02/17/1999 | | Appeal Information Sheet received RE: [70-1] appeal by Ronald Leon Smith indicating request for 1/12/99 sentencing. Court reporter Eddie Howard. (dktclerk) (Entered: 02/23/1999) |
| 04/05/1999 | 75 | Judgment Returned Executed as to Darren Sallie ; on 3/17/99. Defendant (s) delivered to Marianna, FL (cmj) (Entered: 04/09/1999) |
| 01/06/2000 | 85 | MOTION by Darren Sallie to Vacate under 28 U.S.C. 2255 , referred to Chief Judge Charles Butler Jr. as to Darren Sallie (1) (cwr) (Entered: 01/06/2000) |
| 01/06/2000 | 86 | MEMORANDUM by Darren Sallie in support of [85-1] motion to Vacate under 28 U.S.C. 2255 (cwr) (Entered: 01/06/2000) |
| 01/06/2000 | 87 | AFFIDAVIT by Darren Sallie as to Darren Sallie Re: [85-1] motion to Vacate under 28 U.S.C. 2255 (cwr) (Entered: 01/06/2000) |

| | | |
|---|---|---|
| 01/06/2000 | 88 | MOTION by Darren Sallie to Reduce Sentence , referred to Chief Judge Charles Butler Jr. as to Darren Sallie (1) (cwr) (Entered: 01/06/2000) |
| 01/06/2000 | | 2255 as to Darren Sallie assigned C.A. NO. 00-0011-CB-M; copy sent to U.S. Atty. (cwr) (Entered: 01/06/2000) |
| 01/07/2000 | 89 | ORDER as to Darren Sallie, Response to Motion set to 1/25/00 for USA for [88-1] motion to Reduce Sentence, set to 1/25/00 for USA for [85-1] motion to Vacate under 28 U.S.C. 2255 ( Signed by Chief Judge Charles Butler Jr. ) copy to U.S. Atty. and to deft. (cwr) (Entered: 01/07/2000) |
| 01/18/2000 | 90 | MOTION by Darren Sallie for assignment of civil number to 2255 motion , referred to Chief Judge Charles Butler Jr. as to Darren Sallie (1) (cwr) (Entered: 01/18/2000) |
| 01/19/2000 | 91 | ORDER as to Darren Sallie mooting [90-1] motion for assignment of civil number to 2255 motion as to Darren Sallie, as case has already been assigned case no. 00-0011-CB-M ( Signed by Chief Judge Charles Butler Jr. ); copies to AUSA & dft. (cmj) (Entered: 01/20/2000) |
| 03/20/2000 | 92 | MOTION by Darren Sallie for Summary Judgment , referred to Chief Judge Charles Butler Jr. as to Darren Sallie (1) (cwr) (Entered: 03/21/2000) |
| 03/24/2000 | 93 | MOTION by USA as to Darren Sallie to Extend Time to file response to 2255 , referred to Chief Judge Charles Butler Jr. as to Darren Sallie (1) (loose) (cwr) (Entered: 03/24/2000) |
| 03/24/2000 | 94 | RESPONSE by USA as to Darren Sallie re [85-1] motion to Vacate under 28 U.S.C. 2255; Ref. to J/Butler (loose) (cwr) (Entered: 03/27/2000) |
| 03/27/2000 | 95 | NOTICE OF RULING as to Darren Sallie granting [93-1] motion to Extend Time to file response to 2255 as to Darren Sallie (1) signed by Chief Judge Charles Butler Jr. copy to U.S. Atty. and to Deft. (cwr) (Entered: 03/27/2000) |
| 04/05/2000 | 96 | MOTION by Darren Sallie to Extend Time to respond to govt. response , referred to Chief Judge Charles Butler Jr. as to Darren Sallie (1) (loose) (cwr) (Entered: 04/07/2000) |
| 05/18/2000 | 97 | MOTION by Darren Sallie to Extend Time to reply to Govt's response to 2255 , referred to Chief Judge Charles Butler Jr. as to Darren Sallie (1) (cwr) (Entered: 05/18/2000) |
| 06/07/2000 | 98 | REPLY by Darren Sallie to response to [85-1] motion to Vacate under 28 U.S.C. 2255; Ref. to J/Butler (loose) (cwr) (Entered: 06/07/2000) |
| 11/16/2000 | 102 | SUPPLEMENTAL MOTION by Darren Sallie to Vacate under 28 U.S.C. 2255 referring to: [85-1] motion to Vacate under 28 U.S.C. 2255 , referred to Chief Judge Charles Butler Jr. as to Darren Sallie (1) (loose) (cwr) (Entered: 11/16/2000) |
| 04/10/2002 | 105 | ORDER as to Darren Sallie, set deadline for 4/25/02 for govt to suppl |

| | | |
|---|---|---|
| | | record w/copies of the omitted transcripts referenced in govt's response to motion to vacate ( Signed by Chief Judge Charles Butler Jr. ) copy to petitioner; USA (srr) (Entered: 04/10/2002) |
| 04/11/2002 | 106 | SUPPLEMENTAL RESPONSE (INCLUDING TRANSCRIPTS OF PLEA AND SENTENCING) by USA as to Darren Sallie re [102-1] supplemental motion to Vacate under 28 U.S.C. 2255, [85-1] motion to Vacate under 28 U.S.C. 2255; Ref. to J/Butler (cwr) (Entered: 04/12/2002) |
| 04/18/2002 | 107 | ORDER as to Darren Sallie denying [88-1] motion to Reduce Sentence as to Darren Sallie (1)denying [92-1] motion for Summary Judgment as to Darren Sallie (1)mooting [96-1] motion to Extend Time to respond to govt. response as to Darren Sallie (1)mooting [97-1] motion to Extend Time to reply to Govt's response to 2255 as to Darren Sallie (1) ( Signed by Chief Judge Charles Butler Jr. ) (adk) (Entered: 04/19/2002) |
| 04/18/2002 | | **Terminated document(s) as to Darren Sallie : [102-1] supplemental motion to Vacate under 28 U.S.C. 2255 as to Darren Sallie (1), [85-1] motion to Vacate under 28 U.S.C. 2255 as to Darren Sallie (1) DENIED - SEE DOC. 107 (cwr) (Entered: 05/02/2002) |
| 05/01/2002 | 108 | MEMORANDUM by Darren Sallie in support of [102-1] supplemental motion to Vacate under 28 U.S.C. 2255, [85-1] motion to Vacate under 28 U.S.C. 2255; Ref. to J/Butler (loose) (cwr) (Entered: 05/01/2002) |
| 05/10/2002 | 109 | MOTION by Darren Sallie for Reconsideration of [107-1] order , referred to Chief Judge Charles Butler Jr. as to Darren Sallie (1) (cwr) (Entered: 05/10/2002) |
| 05/14/2002 | 110 | NOTICE OF RULING as to Darren Sallie denying [109-1] motion for Reconsideration of [107-1] order as to Darren Sallie (1) signed by Chief Judge Charles Butler Jr. copy to U.S. Atty. and to Deft. (cwr) (Entered: 05/14/2002) |
| 07/08/2002 | 111 | NOTICE OF APPEAL Darren Sallie (1) count(s) 1 [110-1] order Filing Fee $ IFP Receipt # IFP, certf. to USCA w/docket sheet, cc: USA, Deft (Clerk mailed Appellant the TOI, Rules, placed on TIFF) (jal) (Entered: 07/09/2002) |
| 07/08/2002 | 112 | MOTION by Darren Sallie for Certificate of appealability , referred to Chief Judge Charles Butler Jr. as to Darren Sallie (1) (jal) (Entered: 07/09/2002) |
| 07/08/2002 | 113 | MOTION by Darren Sallie to Proceed in Forma Pauperis , referred to Chief Judge Charles Butler Jr. as to Darren Sallie (1) (jal) (Entered: 07/09/2002) |
| 07/11/2002 | 114 | ORDER as to Darren Sallie denying [112-1] motion for Certificate of appealability as to Darren Sallie (1); granting [113-1] motion to Proceed in Forma Pauperis as to Darren Sallie (1) ( Signed by Chief Judge Charles Butler Jr. ) copies to USA, Appellant, certf. to USCA w/docket sheet (jal) (Entered: 07/11/2002) |

| | | |
|---|---|---|
| 07/17/2002 | | NOTICE of Docketing ROA from USCA as to Darren Sallie Re: [111-1] appeal USCA Number: 02-13861-G (jal) (Entered: 07/17/2002) |
| 07/19/2002 | | Original Papers Transmitted to 11th Circuit re: [111-1] appeal as to Darren Sallie, consisting of 1 volume of pleadings (w/o PSI; 11th CCA may ask for it later) (lsw) (Entered: 07/19/2002) |
| 07/23/2002 | | Transcript Information Form received from the deft RE: [111-1] appeal by Darren Sallie, requesting 1/4/99 sentencing, plea hearing, plea agreement, judgment commitment papers, all 2255 pleadings for appellant, and government responses; pink and green copies returned to deft with letter explaining procedure (lsw) (Entered: 07/26/2002) |
| 07/23/2002 | 115 | NOTICE to Court filed by Darren Sallie, requesting that all transcripts he ordered be mailed to the 11th CCA, referred to Chief Judge Butler (lsw) (Entered: 07/26/2002) |
| 12/12/2002 | 117 | ORDER OF USCA (certified copy) issued in lieu of the mandate as to [111-1] appeal re: appellant's motion for certificate of appealability is DENIED 12/11/02; cys to Magistrate Judges Cassady and Lee (lsw) (Entered: 12/13/2002) |
| 12/12/2002 | | Receipt of Original Record received on 12/12/02 from 11th CCA with the following: 1 Vol.pleadings; re: [111-1] appeal (lsw) (Entered: 12/13/2002) |
| 12/12/2002 | | **Remove appeal flag as to Darren Sallie - no further appeals pending (lsw) (Entered: 12/13/2002) |
| 04/14/2006 | 126 | Probation Jurisdiction Transferred to Middle District of Alabama as to Darren Sallie Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (cwr, ) (Entered: 04/14/2006) |