PROB 12B
(7/93)

# United States District Court

for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Darren Louis Sallie                    Case Number: 2:06 CR-00102-WHA

Name of Sentencing Judicial Officer: Charles R. Butler, U.S. District Judge

Date of Original Sentence: January 1, 1999

Original Offense: Armed Bank Robbery

Original Sentence: 87 months custody of BOP followed by a five year term of supervised release

Type of Supervision: Supervised Release        Date Supervision Commenced: January 3, 2005

## PETITIONING THE COURT

[ ]   To extend the term of supervision for _ years, for a total term of _ years.
[X]   To modify the conditions of supervision as follows:

The offender shall serve four (4) consecutive weekends in a jail-type facility under contract to the Federal Bureau of Prisons(BOP). In this case, weekends shall be defined as follows: The offender shall surrender Saturday of each weekend not later than 7:00 pm and be released not later than 7:00 pm the following Monday. The exact date to begin this modification of supervised release will be as directed by the USPO.

## CAUSE

On March 6, 2006, the offender submitted a urine sample which yielded presumptive positive results for cocaine. Sallie initially denied having used cocaine. However, when confronted with the positive results confirmed by the Scientific Testing Laboratory, he admitted to having used cocaine on or about March 4, 2006.

Sallie began outpatient substance abuse treatment at the Chemical Addictions Center on September 15, 2005, following an admission of cocaine use on July 21, 2005. During the time that Sallie was receiving treatment, he tested negative on all tests. Sallie successfully completed the Chemical Addictions Program on March 8, 2006, while drug test results were still pending.

                                                Respectfully submitted,

                            by    /s/ Jason M. Dillon

                                            U.S. Probation Officer
                                            Date: June 9, 2006

Reviewed and approved:    /s/ Scott Wright
                           Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[ ]    The Modification of Conditions as Noted Above
[ ]    Other

                                                          Signature of Judicial Officer

                                                                             Date

Case 2:06-cr-00102-WHA-CSC    Document 3    Filed 06/12/2006    Page 2 of 2