PROB 49

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | DOCKET NO. 2:06CR00102-WHA |
| | ) | |
| Darren Louis Sallie | | |

### WAIVER OF HEARING TO MODIFY CONDITIONS OF SUPERVISED RELEASE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> The offender shall serve four (4) consecutive weekends in a jail-type facility under contract to the Federal Bureau of Prisons (BOP). In this case, weekends shall be defined as follows: The offender shall surrender Saturday of each weekend not later than 7:00 pm and be released not later than 7:00 pm the following Monday. The exact date to begin this modification of supervised release will be as directed by the USPO.

*Darren Sallie*
Supervised Releasee

Witness:
*[signature]*
U.S. Probation Officer

4/28/06
Date