PROB 12B
(7/93)

# United States District Court

### for

### Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Darren Louis Sallie                Case Number: 2:06 CR-00102-WHA

Name of Sentencing Judicial Officer: The Honorable Charles R. Butler, U.S. District Judge

Date of Original Sentence: January 1, 1999

Original Offense: Armed Bank Robbery

Original Sentence: 87 months custody of BOP followed by a five year term of supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: January 3, 2005

### PETITIONING THE COURT

[ ]      To extend the term of supervision for __ years, for a total term of __ years.
[X ]     To modify the conditions of supervision as follows:

> **The defendant shall participate in the Home Confinement Program for a period of six (6) months to begin at a time designated by the probation officer. During this time, the defendant will remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant will maintain a telephone at his residence, without a modem, "call forwarding", "Caller ID", "call waiting", or portable cordless telephones, for the above period. At the direction of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic procedures specified by the probation officer. The defendant shall pay the cost of electronic monitoring as directed by the probation officer.**

### CAUSE

On November 13, 2006, the offender submitted a urine sample which yielded presumptive positive results for marijuana. Sallie immediately admitted to having used marijuana on or about November 10, 2006.

Sallie began outpatient substance abuse treatment at the Chemical Addictions Program on September 15, 2005, following an admission of cocaine use on July 21, 2005. During the time that Sallie was receiving treatment, he tested negative on all tests. Sallie successfully completed the Chemical Addictions Program on March 8, 2006. Sallie's conditions of supervised release were modified on

PROB 12B
(7/93)

2

June 19, 2006, to include four consecutive weekends in jail following an admission of cocaine use. Sallie successfully completed the terms of the modification on August 7, 2006, and has tested negative on all drug tests until November 13, 2006.

It should be noted that Sallie has been gainfully employed at Glovis in Montgomery, Alabama for the past three months.  It is the supervising officer's contention that electronic monitoring would provide necessary punitive action, but would also allow for Sallie to maintain employment.  Should Sallie further violate his conditions of supervised release, revocation will likely be sought by U.S. Probation.

Respectfully submitted,

by     /s/ Jason M. Dillon

U.S. Probation Officer
Date: January 9, 2007

Reviewed and approved: /s/ David Ron Thweatt
                    Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[ ]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

_____
Date