# United States District Court

for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: DARREN LOUIS SALLIE            Case Number: 2:06CR102-WHA

Name of Sentencing Judicial Officer: The Honorable Charles R. Butler, U.S. District Judge (Southern District of Alabama); jurisdiction was transferred to the Middle District of Alabama on July 19, 2005 and the case assigned to Senior U.S. District Judge W. Harold Albritton

Date of Original Sentence: January 4, 1999

Original Offense: Bank Robbery

Original Sentence: 87 months BOP, 5 Years Supervised Release

Type of Supervision: Supervised Release          Date Supervision Commenced: January 3, 2005

## PETITIONING THE COURT

[ ]     To extend the term of supervision for __ years, for a total term of __ years.
[X]     To modify the conditions of supervision as follows:

**The defendant shall not consume any alcoholic beverages nor frequent establishments whose primary business is the sale of alcoholic beverages.**

## CAUSE

On February 8, 2007, a urine specimen was obtained from Sallie which hand-held results indicated a positive for cocaine. Sallie was confronted with the results of the test and he admitted cocaine usage on or about February 4, 2007. When asked how he obtained the drugs, Sallie stated that while drinking alcohol at a local bar with friends, they exited the bar and began smoking crack cocaine. Sallie signed an Admission of Drug Use form. The offender informs that electronic monitoring and enhancing his urine testing schedule has had a positive effect. He has tested negative since the instant violation.

Based on the above violation, the probation officer is recommending the conditions of supervised release be modified to require that Sallie refrain from any consumption of alcoholic beverages nor frequent establishments whose primary business is the sale of alcoholic beverages. The conditions of supervision were recently modified on January 10, 2007 to include six (6) months of home confinement based on him testing positive for marijuana. In the last modification request, the probation officer advised that revocation would likely be sought should another violation occur. The offender has expressed remorse and states that electronic monitoring, which began after he submitted the above positive test, has helped him tremendously. He continues to maintain stable employment. The above modification is the last option that the probation officer will seek in lieu of petitioning the court to revoke his supervised release.

PROB 12B
(7/93)

2

                                              Respectfully submitted,

                                              /s/ Willie Bernard Ross, Jr.

                                              Willie Bernard Ross, Jr.
                                              Senior U.S. Probation Officer
                                              Date:  March 1, 2007

Reviewed and approved:   /s/ David Ron Thweatt
                               Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

                                              /s/ W. Harold Albritton
                                              Signature of Judicial Officer

                                                    3/1/07
                                                        Date