USPO Form
MD/AL (Rev. 10/22/96)

## Notification of Limits of Punishment for Docket

### (Original Offense Occurred On/After 9/13/94)

**Re:    DARREN LOUIS SALLIE**          Dkt.#    **2:06CR102-WHA**

**Supervised Release 18 USC 3583(e)(3)**

( )     Class A Felony - all or part of the ___ year term of supervised release

(X)    Class B Felony - not more than 3 years

( )     Class C or D Felony - not more than 2 years

( )     Class E Felony or misdemeanor - all or part of the ___ year term of supervised release

**A finding of any of the following violations requires mandatory revocation and a sentence to a term of imprisonment:**

(X)    Possession of a controlled substance

( )     Possession of a firearm

( )     Refusal to comply with drug testing

**Probation 18 USC 3565(a)**

( )     Maximum sentence is the statutory maximum for offense of conviction:

  ___ year custody

  ___ year supervised release.

**A finding of any of the following violations requires mandatory revocation and a sentence to a term of imprisonment:**

( )     Possession of a controlled substance

( )     Possession of a firearm

( )     Refusal to comply with drug testing

USPO Form
MD/AL (Rev. 10/22/96)