PROB 12C
(7/93)

# United States District Court

## for

## Middle District of Alabama

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: DARREN LOUIS SALLIE           Case Number: 2:06CR102-WHA

Name of Sentencing Judicial Officer: The Honorable Charles R. Butler, U.S. District Judge (Southern District of Alabama); jurisdiction was transferred to the Middle District of Alabama on July 19, 2005 and the case assigned to Senior U.S. District Judge W. Harold Albritton

Date of Original Sentence: January 4, 1999

Original Offense: Armed Bank Robbery, 18 U.S.C. Section 2113(a) and (d)

Original Sentence: 87 months custody of BOP, 5 years supervised release

Type of Supervision: Supervised Release           Date Supervision Commenced: January 3, 2005

Assistant U.S. Attorney: _____           Defense Attorney: _____

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 1: "The defendant shall... follow the instructions of the probation officer." | Sallie failed to follow the probation officer's instructions by using marijuana. The probation officer has warned Sallie on numerous occasions to refrain from illegal drug use and even enhanced his urine testing schedule to assist him in the deterrence of illegal drug use. |
| Viol. 2: "The defendant shall refrain from any unlawful use of a controlled substance." | On May 8, 2007, Sallie submitted a urine specimen which produced positive results for marijuana. Sallie was confronted with the results of the hand-held test and he admitted to illegal drug use. |
| Viol. 3: "The defendant shall not associate with any persons engaged in criminal activity..." | Sallie admitted to smoking marijuana on May 5, 2007 with some friends on the balcony of his apartment. When asked how he came to possess the illegal drug, Sallie stated that his friends supplied the marijuana. |

U.S. Probation Officer Recommendation:

[ ]   The term of supervision should be
[X]   revoked.
[ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ May 23, 2007 _____

/s/ Willie Bernard Ross, Jr.
Senior U.S. Probation Officer

Reviewed and Approved:

/s/ David Ron Thweatt
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[✓]   The Issuance of a Summons
[ ]   Other

Truman Hobbs
Signature of Judicial Officer

5/29/07
Date