UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | DOCKET NO. 2:06cr102-WHA |
| | ) | |
| DARREN LOUIS SALLIE | ) | |

## ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE

On June 1, 2007, the Court held a hearing regarding the petition to revoke the term of supervised release filed by the probation officer on May 23, 2007. On the Court's finding of guilt as to violations one, two, and three of the petition, it is ORDERED that the term of supervised release imposed on January 4, 1999, be MODIFIED as follows:

> The defendant shall reside in a community corrections facility maintained or under contract to the Federal Bureau of Prisons for a term of six (6) months and shall comply with the rules of that facility. This term shall begin at the time directed by the probation officer.

All other conditions of supervised release shall remain in effect.

DONE this 1st day of June, 2007.

Truman M. Hobbs
Senior U. S. District Judge