PROB 12C
(7/93)

# United States District Court

RECEIVED

2007 JUN 18 P 3: 41

DEBRA P. HAC̲K̲ET̲T̲
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

### for

### Middle District of Alabama

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: DARREN LOUIS SALLIE                    Case Number: 2:06CR102-WHA

Name of Sentencing Judicial Officer: The Honorable Charles R. Butler, U.S. District Judge (Southern District of Alabama); jurisdiction was transferred to the Middle District of Alabama on July 19, 2005 and the case assigned to Senior U.S. District Judge W. Harold Albritton

Date of Original Sentence: January 4, 1999

Original Offense: Armed Bank Robbery, 18 U.S.C. Section 2113(a) and (d)

Original Sentence:  87 months custody of BOP, 5 years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: January 3, 2005

Assistant U.S. Attorney: Christopher A. Snyder                    Defense Attorney: Kevin L. Butler

## PETITIONING THE COURT

[X]    To issue a warrant
[ ]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 1: "The defendant shall... follow the instructions of the probation officer." | Sallie failed to follow the probation officer's instructions by using cocaine. The probation officer has warned Sallie on numerous occasions to refrain from illegal drug use and even enhanced his urine testing schedule to assist him in the deterrence of illegal drug use. |
| Viol. 2: "The defendant shall refrain from any unlawful use of a controlled substance." | On June 8, 2007, Sallie submitted a urine specimen which produced positive results for cocaine. Sallie was confronted with the results of the hand-held test and he admitted to illegal drug use. |
| Viol. 3: "The defendant shall not associate with any persons engaged in criminal activity..." | Sallie admitted to purchasing crack cocaine from a reported illegal drug dealer on June 7, 2007. |
| Viol. 4: "The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered." | Sallie admitted to traveling to a reported crack house on June 7, 2007 on two separate occasions to purchase crack cocaine. |

PROB 12C
(7/93)

| | |
|---|---|
| Viol. 5: "The offender shall participate in the home confinement program for a period of six (6) months...and will remain at his place of residence except for employment and other activities approved in advance by the probation officer...." | On June 7, 2007, the offender failed to return to his residence during curfew hours. Upon returning to his residence at approximately 1:40am on June 8, 2007, Sallie left his residence without permission at approximately 1:50am and did not return until approximately 3:40am on June 8, 2007. |

U.S. Probation Officer Recommendation:

[ ]    The term of supervision should be
[X]   revoked.
[ ]    extended for _ years, for a total term of _ years.

[ ]    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        June 15, 2007

Senior U.S. Probation Officer

Reviewed and Approved:

Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

Date