AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

MIDDLE **DISTRICT OF** ALABAMA

UNITED STATES OF AMERICA

V.

DARREN LOUIS SALLIE

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 2:06cr102-WHA

I, __DARREN LOUIS SALLIE__, charged in a (complaint) (petition) pending in this District with __MIDDLE ALABAMA__

in violation of Title __SUPERVISED RELEASE__, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Darren Sallie_
Defendant

20 June 2007
Date

_[signature]_
Counsel for Defendant