AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

|  |  |
|---|---|
| DEFENDANT: DARREN LOUIS SALLIE | Judgment — Page 2 of 4 |
| CASE NUMBER: 2:06cr102-WHA |  |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**7 months.**
It is ORDERED that the term of supervised released imposed on January 4, 1999, is REVOKED.
The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at 7 months.

X   The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the Defendant be designated to a facility where drug counseling is available.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m.  ☐ p.m.  on _____ .

   ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

**RETURNED AND FILED**

**AUG 31 2007**

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on  8-23-2007  to  USP ATLANTA

a  1512  with a certified copy of this judgment.

Loren A. Grayer
~~UNITED STATES MARSHAL~~
Warden

By  J. Kurmanek
~~DEPUTY UNITED STATES MARSHAL~~
Admin Tech